# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: SKIBICKI, PIOTR | § | Case No. 11-06503 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND _____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within     9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 10/21/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  09/08/2011 _____      By:  /s/ Michael G. Berland _____
                                                                        Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SKIBICKI, PIOTR                          §      Case No. 11-06503
                                                §
                                                §
                                                §
Debtor(s)                                       §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $              5,200.15 |
| *and approved disbursements of* | $                  0.00 |
| *leaving a balance on hand of* [1] | $              5,200.15 |

**Balance on hand:**          $          5,200.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $                0.00
Remaining balance:    $          5,200.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 1,270.01 | 0.00 | 1,270.01 |

Total to be paid for chapter 7 administration expenses:    $      1,270.01
Remaining balance:    $          3,930.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $          0.00
Remaining balance:    $          3,930.14

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,402.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Illinois Department of Revenue Bankruptcy Section | 925.00 | 0.00 | 925.00 |
| 4 | Illinois Department of Revenue Bankrutpcy section | 477.00 | 0.00 | 477.00 |

Total to be paid for priority claims: $ 1,402.00
Remaining balance: $ 2,528.14

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,766.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank c/o DB Servciing Company | 7,137.60 | 0.00 | 534.39 |
| 3 | Chase Bank USA, N.A. | 10,588.57 | 0.00 | 792.77 |
| 5 | FIA Card Services, NA/Bank of America American Infosurce ag | 16,040.24 | 0.00 | 1,200.94 |

Total to be paid for timely general unsecured claims: $ 2,528.10
Remaining balance: $ 0.04

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.04 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.04 |

Prepared By:  /s/MICHAEL G. BERLAND

Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-06503-BWB
Piotr Skibicki                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: choward            Page 1 of 1            Date Rcvd: Sep 09, 2011
                               Form ID: pdf006          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2011.
db          +Piotr Skibicki,   16548 Cagwin Drive,   Lockport, IL 60441-4763
aty         +Christine R Piesiecki,   Law Office of Piesiecki,   9800 South Roberts Road,   Suite 205,
             Palos Hills, IL 60465-1496
tr          +Michael G Berland,   1 N LaSalle St,  No.1775,   Chicago, IL 60602-4065
16840226    ++++BANK OF AMERICA,   400 NATIONAL WAY,   SIMI VALLEY CA  93065-6414
             (address filed with court: Bank of America,   400 Countrywide Way,   Simi Valley, CA 93065-6298)
16840229    +CITI,   P.O. Box 653095,   Dallas, TX 75265-3095
16840228     Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
17435065     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16840230     Citi South Dakota NA,   P.O. Box 6000,   The Lakes, NV 89163-6000
16840232    +GE Services Limited Partnership,   6330 Gulfton,   Houston, TX 77081-1108
16840233    +Harris Bank,   111 W. Monroe Street,   Chicago, IL 60603-4095
17373724     Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
16840234    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,   P.O. Box 8026,
             Cedar Rapids, IA 52409-8026)
16840235    +United Collection Bureau,   5620 Southwyck Blvd., Suite 206,   Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16840231     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 10 2011 01:26:22      Discover,  P.O. Box 30943,
             Salt Lake City, UT 84130
17366050     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 10 2011 01:26:22      Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17714681     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2011 01:26:15
             FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16840227    ##+Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
                                                                      TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2011**                        **Signature:**     _Joseph Speetjens_